# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-10059
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 20, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

CALLETANO GALARZA-MORALES, Also Known as Tommy Salgado,
 Also Known as Callentano Morales-Galarza,
 Also Known as Tommy Calletano,

Defendant–Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:10-CR-95-1

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Calletano Galarza-Morales has moved for leave to withdraw and has filed a brief in accordance with *Anders v.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-10059

*California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Galarza-Morales has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Galarza-Morales's claim of ineffective assistance of counsel, so we decline to consider it, but without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, relevant portions of the record reflected therein, and Galarza-Morales's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.